828 BALDWIN (Receiver) vs. CIRCUIT JUDGE (Wayne), No. 14061; 101 M., 432; 25 L. R. A., 739.

To compel respondent to issue an injunction restraining the prosecution of certain garnishment proceedings.

Denied July 10, 1894, with costs.

Plaintiff in the garnishee proceedings claims to have obtained a lien upon the fund.   Baldwin vs. Circuit Judge, 101 M., 119 (472); Detroit & Birmingham Plank Road Co. vs. Circuit Judge, 98 M., 141 (824); Corunna vs. Circuit Judge, Supra (816).

---

829 HOGAN vs. CIRCUIT JUDGE (Wayne), No. 14844, 106 M., 254.

To vacate an injunction restraining the prosecution of an action against an insurance company, brought by relator, claiming to be the assignee of a policy of insurance, in Ionia County, and of garnishment proceedings, brought by different creditors of the assignor in Wayne County, the latter proceedings having been the first instituted.

Denied July 13, 1895, with costs.